UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CR420-0012

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 18 U.S.C. § 1349 |
| ) | Conspiracy to Commit Wire, Mail, |
| AYONDELA MOORE ) | and Bank Fraud |
| ) | |
| ) | 18 U.S.C. § 1343 |
| ) | Wire Fraud |
| ) | |
| ) | 18 U.S.C. § 1028A(a)(1) |
| ) | Aggravated Identity Theft |
| ) | |
| ) | 18 U.S.C. § 1029(b)(2) |
| ) | Conspiracy to Effect Transactions |
| ) | With Access Devices Issued to |
| ) | Other Persons |
| ) | |
| ) | |
| ) | (SEALED) |
| ) | |

ORDER

The Government's motion to seal the Indictment is GRANTED until further Order of this Court.

SO ORDERED this 6th day of February, 2020.

HON. CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

RESPECTFULLY SUBMITTED,

                BOBBY L. CHRISTINE
                UNITED STATES ATTORNEY

                */s/ Jonathan A. Porter*
                Jonathan A. Porter
                Assistant United States Attorney
                Georgia Bar No. 725457
                Post Office Box 8970
                Savannah, Georgia 31412
                Telephone: (912) 652-4422
                Email: jonathan.porter@usdoj.gov
                *Counsel for the United States of America*