UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. 4:20-CR-012 |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | |
| AYONDELA MOORE | ) | |

## **ORDER**

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED that the above-styled Indictment, and all process issued thereunder, be unsealed.

SO ORDERED this 27th day of February, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA